**Case No. 12-15633**

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

KEVIN EMBRY, individually and on behalf of himself, the general public and those similiarly situated,

Plaintiff-Appellee,

v.

ACER AMERICA CORPORATION, a California corporation,

Defendant-Appellee.

SAM P. CANNATA
Objector-Appellant

Appeal from an Order of the United States District Court for the
Northern District of California, San Francisico Division,
No. C 09-01808 JW
The Honorable James Ware

**PLAINTIFF-APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL**

Sam P. Cannata
9555 Vista Way, Ste. 200
Cleveland, Ohio 44125
Tel: (216) 438-5091
Fax: (216) 587-0999
samcannata@cannataphillipslaw.com

The Appellant Sam P. Cannata moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).  It is agreed that all parties will bear their own costs to be paid and pay any fees that are due.

        Respectfully submitted,

        */s/ Sam P. Cannata*
        Sam P. Cannata

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 15, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        *s/ Sam P. Cannata*
        Sam P. Cannata