FILED

UNITED STATES COURT OF APPEALS

JUN 15 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff - Appellee,<br><br>SAM P. CANNATA,<br><br>    Objector - Appellant,<br><br> v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>    Defendant - Appellee. | No. 12-15633<br><br>D.C. No. 5:09-cv-01808-JW<br>Northern District of California,<br>San Jose<br><br>ORDER |

  Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rules of Appellate Procedure 42(b).

  A copy of this order sent to the district court shall act as and for the mandate of this court.

  Appellant is informed that this court does not address the issue of cost unless it is stipulated in writing by both parties.

Lking/6.4.12/lkk/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/6.4.12/lkk/Pro Mo